UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of February, two thousand twenty-three,

_____

CIT Bank, N.A.,

    Plaintiff - Counter-Defendant - Appellant,

v.

Sharon Zisman, Berel Zisman,

    Defendants - Counter-Claimants-Appellees,

New York City Department of Finance, New York City Environmental Control Board,

    Defendants-Appellees.

_____

**ORDER**
Docket No: 20-1314

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 5, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellant's must be filed on or before April 5, 2023. The appeal is dismissed effective April 5, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

          For The Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court