## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** CIT Bank v. Zisman  **Docket No.:** 20-1314, 22-3024

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Mark S. Grube, Assistant Solicitor General

**Firm:** New York State Office of the Attorney General

**Address:** 28 Liberty Street, New York, NY 10005

**Telephone:** 212-416-8028   **Fax:** 212-416-8962

**E-mail:** Mark.Grube@ag.ny.gov

**Appearance for:** State of New York, amicus curiae in support of appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support of: Appellees Sharon Zisman and Berel Zisman )
(party/designation)

### CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 17, 2022    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Mark S. Grube

**Type or Print Name:** Mark S. Grube